NUMBERS 13-02-516-CR and 13-02-517-CR
 
COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

JOHN OCIE ROBERTS,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the County Court at Law No. 2
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, JOHN OCIE ROBERTS, perfected appeals from judgments entered
by the County Court at Law No. 2 of Cameron County, Texas, in cause numbers
2001-CCR-8024-B and 2001-CCR-8027-B. On April 10, 2003, these causes were
abated, and the trial court was directed to conduct a hearing in accordance with Tex.
R. App. P. 38.8(b)(2). The trial court’s findings and recommendations were received
on April 24, 2003. Appellant failed to appear for the April 15, 2003 hearing, and the
trial court concluded that it appeared that appellant had chosen not to appeal his
cases.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeals should be dismissed. The
appeals are hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 26th day of February, 2004.